UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Eduard Gladyshev,

                          Plaintiff,                Civil Case No. 1:23-cv-1405-ENV-PK

                v.

Experian Information Solutions, Inc., and
Navy Federal Credit Union,

                          Defendants.

------------------------------------------------------------X

**NOTICE OF SETTLEMENT BETWEEN**
**THE PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.**

      The Plaintiff and Defendant Experian Information Solutions, Inc., respectfully inform the Court that they have agreed to a settlement in principle. The parties are presently finalizing the agreement and anticipate filing a stipulation of dismissal with prejudice within 45 days.

Dated: November 15, 2023

Respectfully submitted,

| /s/ Hashim Rahman | /s/ Ryan McMullan |
|---|---|
| Hashim Rahman, Esq. | Ryan W. McMullan, Esq. |
| hrahman@rahmanlegal.com | rmcmullan@jonesday.com |
| Tel.: 1-212-301-7641 | Tel. 1-212-326-3659 |
| *Attorney for Plaintiff* | *Attorney for Defendant Experian Information Solutions, Inc.* |